UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL G.H., | NO: 2:17-CV-307-RMP |
| Plaintiff, | |
| | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is Magistrate Judge Dimke's August 2, 2018,

Report and Recommendation to grant Defendant's Motion for Summary Judgment,

ECF No. 14, and deny Plaintiff's Motion for Summary Judgment, ECF No. 13.

*See* ECF No. 16. Objections were due on or before August 16, 2018. Neither

party submitted timely objections to the Report and Recommendation.

Having reviewed the August 2, 2018, Report and Recommendation, the

Court **ADOPTS** the Report and Recommendation, **ECF No. 16**, in its entirety.

/ / /

/ / /

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS ORDERED**:

1.  Defendant's Motion for Summary Judgment, **ECF No. 14**, is
    **GRANTED**.

2.  Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED**.

3.  Judgment shall be entered for Defendant.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this
Order, enter judgment for Defendant, provide copies to counsel, and **close the file**.

**DATED** August 17, 2018.

_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
United States District Judge